TERESA SZUSTER, ETC. v. MILDRED MODERELLI, ET AL.

June 17, 1986.

Petition for certification denied.

SULTAN MEHRA, ETC., ET AL. v. JOSEPH PURCE, ETC., ET AL.

June 17, 1986.

Petition for certification denied.

TORCON, INC. v. ALEXIAN BROTHERS HOSPITAL, ETC., ET AL.

June 17, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 239)